**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

| | |
|---|---|
| MARIA SAVALA | * |
| *On Behalf of Herself and Others Similarly Situated* | * |
| PLAINTIFF, | * |
| v. | *   Case No: 3:16cv328 |
| PERFECT L G CLEANING CORP | * |
| And | * |
| LUIS GRADOS | * |
| DEFENDANTS. | * |

*******************************************************************************

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, as reflected by the signatures of their respective counsel below, hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). The Clerk will please mark this case as "Dismissed With Prejudice."

Respectfully submitted,

| | |
|---|---|
| /s/ Gregg C. Greenberg | /s/ Alan Steven Shachter |
| Gregg C. Greenberg, Bar No.: 79610 | 10561 Crestwood Drive |
| Zipin, Amster & Greenberg, LLC | Manassas, VA 20109 |
| 8757 Georgia Avenue, Suite 400 | (703) 369-1001 |
| Silver Spring, Maryland 20910 | Email: ashachter2@verizon.net |
| (301) 587-9373 (phone) | |
| (240) 839-9142 (fax) | *Counsel for Defendants* |
| Email: ggreengerg@zagfirm.com | |

*Counsel for Plaintiff*